**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

FREDERICK PENNINGTON, III,
        Plaintiff,

Case Number 3:10-cv-00191-TMB

v.

PROVIDENCE HEALTH & SERVICES
WASHINGTON, et al.,
        Defendant.       **JUDGMENT IN A CIVIL CASE**

_X_  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT the plaintiff Frederick Pennington, III, recover nothing, the action be dismissed on the merits, and the defendants Providence Health & Services - Washington, and City of Seward recover costs from the plaintiff Frederick Pennington, III.

APPROVED:

s/TIMOTHY M. BURGESS
United States District Judge

Date: March 7, 2014

[311cv191TMB judgment.wpd]{JMT2.WPT*Rev.3/03}

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

          MARVEL HANSBRAUGH
          Marvel Hansbraugh,
            Clerk of Court