# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>FREDERICK PENNINGTON, III, et al</u> v. <u>PROVIDENCE HEALTH & SERVICES, WASHINGTON, et al.</u>

MARVEL HANSBRAUGH, CLERK OF COURT

DEPUTY CLERK                          CASE NO.  3:10-cv-00191-TMB

 Natalie Day 

PROCEEDINGS: **CLERK'S NOTICE**                DATE: April 7, 2014

      A cost bill hearing was held April 4, 2014, at 10:15 a.m., on the cost bill of City of Seward & James Rouleau.  Frank S. Koziol appeared on behalf of defendants City of Seward and James Rouleau.  Michele L. Power appeared telephonically on behalf of plaintiffs.  No objections were filed.

      The parties are advised that the Bill of Costs, as submitted by defendants, contained a mathematical error.  The grand total on the Bill of Costs indicates it was $29,133.71.  The actual grand total requested on the Bill of Costs was $29,134.21.

      Fees for printed or electronically recorded transcripts necessarily obtained for use in the case in the amount of $9,582.17 allowed.  Fees in the amount of $549.00 not allowed as they were expedited and rush fees which were not necessary.

      Fees for witnesses in the amount of $6,777.47 allowed.  Fees in the amount of $4974.11, which consisted of $1,613.54 for IME of plaintiff, $770.39 for first class airfare, $410.00 in expert witness fees and $2,180.18 for the City of Seward's representative to attend trial, not allowed.

      Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case in the amount of $7,251.46 allowed.

Total costs taxed by the clerk for defendants City of Seward and James Rouleau in the amount of $23,611.10.

Counsel's attention is directed to FRCvP 54(d)(1); Review of Costs.